# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 546 |
| | : | |
| AMENDMENT OF RULE 1921 OF THE | : | JUDICIAL ADMINISTRATION |
| RULES OF JUDICIAL ADMINISTRATION | : | DOCKET |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of March, 2021, **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1921 of the Rules of Judicial Administration is amended in the attached form**.**

    To the extent that notice of proposed rulemaking would otherwise be required by Pa.R.J.A. No. 103, the immediate promulgation of the amendment is found to be in the interest of efficient administration.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendment shall be effective immediately.

Additions are **bolded** and are underlined.
Deletions are **bolded** and are [bracketed].